THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ALBERT LIBRERO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued March 24, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Supreme Court, rendered June 22, 1921, at a Trial Term for the county of Rockland, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Benjamin Haas* for appellant.

*Morton Lexow, District Attorney (Joseph Sapinsky* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

TOWN OF MAMARONECK et al., Appellants, v. VILLAGE OF MAMARONECK et al., Appellants, and NEW YORK INTERURBAN WATER COMPANY et al., Respondents.

*Appeal — motion to dismiss denied.*

Reported below, 198 App. Div. 396.

(Submitted April 17, 1922; decided April 19, 1922.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 28, 1921, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that no questions of law were involved.

*Arthur M. Johnson* and *Clinton T. Taylor,* Corporation Counsel, for motion.

*J. Henry Esser* opposed.

Motion denied, without costs.